# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

___

**JWJ INDUSTRIES, INC., and**
**JEFFREY HOLBROOK**

       **Plaintiffs**

  vs.                                                    **CASE NUMBER: 5:09-CV-740**
                                                                                  **(NPM/DEP)**

**OSWEGO COUNTY**

       **Defendant**
___

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Plaintiffs' Motion for Judgment on the Pleadings is GRANTED; Defendant's Motion for Judgment on the Pleadings is DENIED as moot; and this action is DISMISSED without prejudice.

All of the above pursuant to the Order of the Honorable Senior United States District Judge Neal P. McCurn, dated the 13th day of June, 2011.

DATED: June 14, 2011

*[signature]*
Clerk of Court

                          s/ Melissa Ennis
                          Melissa Ennis, Deputy Clerk