## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT ON ATTORNEY'S FEES IN A CIVIL CASE

_____

**JWJ INDUSTRIES, INC., and**
**JEFFREY HOLBROOK**

                **Plaintiffs**

    vs.                                          **CASE NUMBER: 5:09-CV-740**
                                                                  **(NPM/DEP)**

**OSWEGO COUNTY**

                **Defendant**
_____

**Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that plaintiffs' motion for attorney's fees is GRANTED in part, with an allowable award of attorney fees of $72,305.00 and costs of $139.95. The attorney's fees are discounted 10 percentage points ($7,230.50) for a total fee award of $65,074.50 plus costs of $139.95. Judgment is hereby entered in favor of the plaintiffs in the amount of $65,214.45.

All of the above pursuant to the Memorandum-Decision and Order of the Honorable Senior United States District Judge Neal P. McCurn, dated the 23rd day of March, 2012.

DATED: March 26, 2012

                                                           Clerk of Court

                                                           s/ Melissa Ennis
                                                           Melissa Ennis, Deputy Clerk