# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT ON ATTORNEY'S FEES IN A CIVIL CASE

**JWJ INDUSTRIES, INC. and JEFFREY HOLBROOK**
　　　　　Plaintiff
　vs.　　　　　　　　　　　　　　　CASE NUMBER: 5:09-cv-740 (TJM)

**OSWEGO COUNTY**
　　　　　Defendant

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That Plaintiffs' Motion for Attorney's Fees is GRANTED as modified.  Plaintiffs' are awarded the sum of $10,951.48 in attorney's fees.

All of the above pursuant to the order of the Honorable Judge Thomas J. McAvoy, dated the 4th day of March, 2013.

DATED: March 18, 2013

　　　　　　　　　　　　　　　　　　　_（signature）_
　　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　　s/
　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Joanne Bleskoski
　　　　　　　　　　　　　　　　　　　Deputy Clerk